**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT


No. 08-6340


JEROME J. WEST,

             Plaintiff - Appellant,

        v.

D. A. BRAXTON, Warden, Dillwyn Correctional Center; A. KELLEY
HARRISON; DOCTOR MOBASHAR,

             Defendants - Appellees.


Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (7:07-cv-00474-jct-mfu)


Submitted:  September 16, 2008      Decided:  September 19, 2008


Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.


Dismissed by unpublished per curiam opinion.


Jerome J. West, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome J. West appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. West v. Braxton, No. 7:07-cv-00474-jct-mfu (W.D. Va. October 17, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED